UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JEREMY D. STRAIN,

    Petitioner,

vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.
_____/

No. C 14-1793 NJV (PR)

**ORDER OF TRANSFER**

    This is a habeas case filed pro se by a state prisoner.  Petitioner seeks to challenge a conviction obtained in the Superior Court of Sacramento County.  Sacramento County is in the venue of the United States District Court for the Eastern District of California.  Petitioner is incarcerated at the Calipatria State Prison, which is in the Southern District.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither.  Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Sacramento County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: April 23, 2014.



NANDOR J. VADAS
United States Magistrate Judge