IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY D. STRAIN,<br><br>         Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Respondent. | No. 2:14-cv-1008 CKD P<br><br>ORDER |

   Respondent has moved for an extension of time to file a response to the petition. (ECF No. 18.) Good cause appearing, IT IS HEREBY ORDERED THAT respondent's responsive pleading be filed on or before August 1, 2014.

Dated: July 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE